[No. 5922-3-II.  Division Two.  January 23, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. MAX
EDMUND VOLLENDROFF, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. CR-600, John H. Kirkwood, J.,

entered October 9, 1981. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Worswick, A.C.J., and Reed, J.